UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LEONARD HADLEY,

    Plaintiff,

v.

ASTRAZENECA PHARMACEUTICALS PLC,
ASTRAZENECA PLC, U.S. GOVERNMENT
FOOD AND DRUG ADMINISTRATION and
UNITED STATES OF AMERICA,

    Defendants.

Case No. 18-cv-1068-JPG-MAB

## MEMORANDUM AND ORDER

This matter comes before the Court on the Court's January 14, 2019, order (Doc. 52) for plaintiff Leonard Hadley to show cause on or before February 1, 2019, why the Court should not construe his failure to timely respond to the motion to dismiss filed by defendants U.S. Government Food and Drug Administration ("FDA") and United States of America (Doc. 46) as an admission of the merits of the motion and dismiss his claims against the FDA and the United States. The Court warned Hadley that if he failed to respond in a timely manner to the order to show cause, the Court might dismiss this action for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket. *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995).

Hadley has not responded to the Court's order to show cause. In light of this failure, the Court construes his failure to respond to the defendants' motion to dismiss (Doc. 46) as an admission of the merits of the motion and will therefore grant the motion. Alternatively, the Court construes Hadley's failure to respond to the show cause order as an indication he no longer wants to prosecute this case. Therefore, as it warned it might, the Court will also dismiss all

remaining claims in this case with prejudice for lack of prosecution pursuant to Rule 41(b) and the Court's inherent authority to manage its docket.

For the foregoing reasons, the Court:

- **GRANTS** the motion to dismiss filed by the FDA and the United States (Doc. 46);

- **DISMISSES** this case **with prejudice** for the reasons stated in the defendants' motion (Doc. 46) and, alternatively, pursuant to Rule 41(b) for failure to prosecute;

- **DENIES as moot** the pending motion to dismiss filed by the FDA and the United States (Doc. 53); and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  February 8, 2019**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**