UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEONARD HADLEY,<br><br>    Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS PLC, ASTRAZENECA PLC, U.S. GOVERNMENT FOOD AND DRUG ADMINISTRATION and UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 18-cv-1068-JPG-MAB |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Leonard Hadley's claims against defendant AstraZenica Pharmaceuticals PLC are dismissed without prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant AstraZenica PLC and against plaintiff Leonard Hadley, and that the claims against defendant AstraZenica PLC are dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Leonard Hadley's claims against defendants U.S. Government Food and Drug Administration and the United States of America are dismissed with prejudice.

**DATED: February 8, 2019**

                                            **MARGARET M. ROBERTIE, Clerk of Court**

                                            **s/Tina Gray, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**